# HAWTHORN

THE HAWTHORN GROUP, L.C.   SUITE 100, 625 SLATERS LANE   ALEXANDRIA, VIRGINIA 22314

*phone* 703.299.4499   *fax* 703.299.4488   WWW.HAWTHORNGROUP.COM

May 9, 2018

Marcus V. Brown, Esq.
Executive Vice President and General Counsel
Entergy Corporation
639 Loyola Ave., Suite 2600
New Orleans, LA 70113

Dear Marcus:

Following is a summary of The Hawthorn Group's engagement to provide public affairs support for Entergy's proposed power plant in New Orleans East.

Specifically, Hawthorn was retained by Entergy to turn out supporters for public hearings on October 16, 2017 and February 21, 2018. Hawthorn was not retained to support any other hearings, proceedings or meetings on this project.

For those two hearings, Hawthorn retained Crowds on Demand, a subcontractor with experience and contacts in New Orleans, to provide supporters for the proposed new power plant. Hawthorn did not inform anyone at Entergy that Hawthorn had engaged Crowds on Demand as a vendor to work on the project, and Entergy did not authorize the engagement of Crowds on Demand.

Hawthorn's order to Crowds on Demand was to provide supporters who would understand and be able to communicate their support for the proposed new power plant in New Orleans East. Hawthorn did not authorize Crowds on Demand to make any payments to participants, and Entergy did not authorize or direct any payments to participants recruited by Crowds on Demand.

At no time did Hawthorn inform anyone at Entergy that Crowds on Demand was retained on this project, and Hawthorn neither sought nor received authorization from anyone at Entergy for Crowds on Demand to make any payments to supporters.

Thank you for the opportunity to respond, and please let us know if you need additional information.

Sincerely,

John Ashford
Chairman & CEO

# Exhibit A

ENO-NOPS000698