# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERGY NEW ORLEANS, LLC** | * | **CIVIL ACTION NO. 2:18-cv-12472** |
| | * | |
| | * | **SECTION: J** |
| **VERSUS** | * | |
| | * | **JUDGE: BARBIER** |
| | * | |
| **THE HAWTHORN GROUP, L.C.** | * | **MAG. DIV.: 2** |
| | * | |
| | * | **MAG. JUDGE: WILKINSON** |

* * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

The plaintiff, Entergy New Orleans, LLC ("Entergy"), files this corporate disclosure statement. Entergy is a Texas limited liability company whose only members are:

a. Entergy Corporation, which is a Delaware corporation with its principal place of business in Louisiana;

b. Entergy Utility Affiliates Holdings, LLC, which is a Texas limited liability company, whose members are owned by Entergy Corporation;

c. Entergy Utility Assets Holdings, LLC, which is a Texas limited liability company, whose members are owned by Entergy Corporation;

d. Entergy Utility Affiliates, LLC, which is a Texas limited liability company, whose members are owned by Entergy Corporation and Entergy Utility Affiliates Holdings, LLC;

e. Entergy Utility Assets, LLC, which is a Texas limited liability company, whose members are Entergy Corporation and Entergy Utility Assets Holdings, LLC;

  f. Entergy Utility Group, Inc., which is a Texas corporation with its principal place of business in Louisiana; and

  g. Entergy Utility Holding Company, LLC, which is a Texas limited liability company, whose members are owned by Entergy Corporation; Entergy Utility Affiliates Holdings, LLC; Entergy Utility Assets Holdings, LLC; Entergy Utility Assets, LLC; Entergy Utility Affiliates, LLC; and Entergy Utility Group, Inc.

              Respectfully submitted,

              /s/ Thomas M. Flanagan
              Thomas M. Flanagan (#19569)
              Andy Dupre (#32437)
              Camille E. Gauthier (#34558)
              FLANAGAN PARTNERS LLP
              201 St. Charles Avenue, Suite 2405
              New Orleans, LA 70170
              Telephone: (504) 569-0235
              tflanagan@flanaganpartners.com
              adupre@flanaganpartners.com
              cgauthier@flanaganpartners.com

              Attorneys for Entergy New Orleans, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing pleading will be served upon the defendant through its counsel by email this 6th day of December, 2018.

              /s/ Thomas M. Flanagan