UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY NEW ORLEANS, LLC | CIVIL ACTION |
| VERSUS | NO: 18-12472 |
| THE HAWTHORN GROUP, L.C. | SECTION: "J"(2) |

# ORDER

Considering the foregoing *Ex Parte Consent Motion for Extension of Time to File a Response to the Complaint* **(Rec. Doc. 5)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant, The Hawthorn Group, L.C., shall file its responsive pleadings not later than March 12, 2019.

New Orleans, Louisiana, this 19th day of February, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE