UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, LLC | * | CIVIL ACTION NO. 2:18-cv-12472 |
| | * | |
| | * | SECTION: J |
| VERSUS | * | |
| | * | JUDGE: BARBIER |
| | * | |
| THE HAWTHORN GROUP, L.C. | * | MAG. DIV.: 2 |
| | * | |
| | * | MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND INCORPORATED
## MEMORANDUM TO STAY PROCEEDINGS

The plaintiff, Entergy New Orleans, LLC, and the defendant, the Hawthorne Group, L.C., jointly move the Court to stay these proceedings for 45 days. The parties represent to the Court that they have entered into an agreement in principle to resolve this case but require additional time to memorialize the agreement, obtain the requisite signatures, and procure needed funding.

On or before the expiration of the stay, the parties contemplate jointly moving the Court for the entry of a consent judgment outlining the terms of their agreement.

Wherefore, the parties jointly request that the Court stay these proceedings for a period of 45 days.

Respectfully submitted,

/s/ Thomas M. Flanagan
Thomas M. Flanagan (#19569)
Andy Dupre (#32437)
Camille E. Gauthier (#34558)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: (504) 569-0235
tflanagan@flanaganpartners.com
adupre@flanaganpartners.com
cgauthier@flanaganpartners.com

Attorneys for Entergy New Orleans, LLC

and

/s/ Martin E. Golden
Martin E. Golden
KEOGH, COX & WILSON, LTD.
701 Main St. (70802)
P.O. Box 1151
Baton Rouge, LA 70821
Telephone: (225) 383-3796
mgolden@kcwlaw.com

Attorney for The Hawthorn Group, L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, I electronically filed the foregoing pleading by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas M. Flanagan