UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY NEW ORLEANS, LLC | CIVIL ACTION |
| VERSUS | NO: 18-12472 |
| THE HAWTHORN GROUP, L.C. | SECTION: "J"(2) |

## ORDER

Before the Court is a *Joint Motion and Incorporated Memorandum to Stay Proceedings* **(Rec. Doc. 7)**. The parties represent to the Court that they have entered into an agreement in principle to resolve the case, but they require additional time to memorialize the agreement, obtain the requisite signatures, and procure the necessary funding. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that proceedings in the above-captioned matter are stayed for 45 days from the date of this Order.

New Orleans, Louisiana, this 4th day of April, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE