UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERGY NEW ORLEANS, LLC** | *   CIVIL ACTION NO. 2:18-cv-12472 |
| | *   |
| | *   SECTION: J |
| Versus | *   |
| | *   JUDGE: BARBIER |
| **THE HAWTHORN GROUP, L.C.** | *   |
| | *   MAG. DIV.: 2 |
| | *   |
| | *   MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT JUDGMENT

The plaintiff, Entergy New Orleans, LLC ("Entergy"), and the defendant, The Hawthorn Group, L.C. ("Hawthorn"), stipulate to the following:

1.

Entergy filed its complaint against Hawthorn on December 5, 2018. The Court has jurisdiction over Hawthorn and subject matter jurisdiction over this case under 28 U.S.C. § 1332.

2.

Entergy and Hawthorn waive findings of fact and conclusions of law, and they also waive any right to appeal this consent judgment.

3.

Entergy contracted with Hawthorn, an international public affairs company, on or about October 16, 2017 for public relations services with respect to the proposed New Orleans Power Station.

4.

Hawthorn represented and warranted to Entergy in the agreement that it was competent to perform the work, and further, that it would perform the work requested of it in conformance with

the highest standards of care and practice appropriate to the nature of the work. Hawthorn also represented that it would exercise the highest degree of thoroughness, competency, and care that is customary in the utility industry.

5.

The parties' agreement did not contemplate or authorize Hawthorn's paying any supporters of the New Orleans Power Station to attend any public hearing, to make any statement on the matter, or for any other purpose.

6.

Without Entergy's knowledge or permission, which was required by Entergy's standard agreement, Hawthorn engaged a subcontractor to perform certain services. Hawthorn failed to disclose its relationship with the subcontractor to Entergy.

7.

Hawthorn's retaining the subcontractor without Entergy's knowledge or permission, and the subcontractor's paying people to appear and/or speak in support of the New Orleans Power Station project, constituted breaches of Hawthorn's agreement with Entergy. The work of the unauthorized subcontractor, for which Hawthorn is responsible, failed to meet the highest degree of thoroughness, competence, and care that is customary in the utility industry, and it was not in compliance with accepted standards for the industry.

8.

Entergy was damaged by Hawthorn's breach of contract. In consideration of the parties' mutual release of one another for all claims arising from the parties' agreement of October 16, 2017, Hawthorn shall pay Entergy the sum of $1,000,000.00 (one million dollars) within 20 days

of the Court's signing of this judgment. The parties shall be responsible for their own costs and attorney's fees.

SO ORDERED this 15th day of ___April___, 2019 at New Orleans, Louisiana.

_____
Hon. Carl J. Barbier, U.S. District Judge
Section "J"